# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KIRBY A. HRUSKA                                             Case Number: 05-70215
5423 N. MAIN                SSN-xxx-xx-1007
ROCKFORD, IL  61103

Case filed on:    1/20/2005
Plan Confirmed on:  3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,800.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 999 | KIRBY A. HRUSKA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MONTEREY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BANK OF AMERICA | 4,903.41 | 4,903.41 | 1,482.54 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 11,110.72 | 11,110.72 | 3,359.30 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 5,319.39 | 5,319.39 | 1,608.30 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 7,393.57 | 7,393.57 | 2,235.42 | 0.00 |
| 009 | MASTERCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 12,384.55 | 12,384.55 | 3,744.44 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 4,717.57 | 4,717.57 | 1,426.35 | 0.00 |
| 012 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | US BANK/ELAN RETAIL PMT SOLUTIONS | 6,632.70 | 6,632.70 | 2,005.39 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 3,279.74 | 3,279.74 | 991.62 | 0.00 |
| | Total Unsecured | 55,741.65 | 55,741.65 | 16,853.36 | 0.00 |
| | Grand Total: | 57,441.65 | 57,441.65 | 18,553.36 | 0.00 |

Total Paid Claimant:      $18,553.36
Trustee Allowance:        $1,246.64           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        30.23          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008           By  /s/Heather M. Fagan